# EXHIBIT "1"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ISABELLE MAZURKIEWICZ, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO.: |
| ) | |
| vs. ) | |
| ) | |
| FULTON COUNTY, GEORGIA, ) | |
| CODY SLAY, COREY HENRY, and ) | |
| SHERIFF PATRICK LABAT, ) | |
| in his official capacity, ) | |
| ) | |
| Defendants. ) | |

### EXHIBIT 1 TO THE NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, 1443, 1446 and Rule 81(c) of the Federal Rules of Civil Procedure, Defendants Fulton County, Georgia, and Cody Slay have requested that Sheriff Patrick Labat consent to and join the removal in the above-styled action. Sheriff Labat is a newly-added party who was served on or about April 19, 2022. By special appearance and without waiving any defenses to the above-styled lawsuit, Sheriff Labat expressly consents to and joins the removal of the above-styled case.

Respectfully submitted this 20th day of April, 2022.

_____
Patrick Labat
Sheriff of Fulton County, Georgia