# EXHIBIT "3"

IN THE SUPERIOR COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| ISABELLE MAZURKIEWICZ, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: |
| | ) | |
| vs. | ) | 2021CV02172-11 |
| | ) | |
| FULTON COUNTY, GEORGIA | ) | |
| CODY SLAY, | ) | |
| COREY HENRY, and | ) | |
| SHERIFF PATRICK LABAT, | ) | |
| in his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

TO:    CLERK, SUPERIOR COURT OF CLAYTON COUNTY

In compliance with 28 U.S.C. § 1446(d), you are hereby notified of the filing of a Notice of Removal in this action with the United States District Court for the Northern District of Georgia, Atlanta Division, a copy of which is attached hereto.

Respectfully submitted this 21st day of April, 2022.

*[Signatures on Following Page]*

- 1 -

Respectfully submitted this 21st day of April, 2022.

**Cruser, Mitchell, Novitz, Sanchez,
Gaston & Zimet, LLP**


*/s/ Karen E. Woodward*
Karen E. Woodward
Georgia Bar No. 775260
Email:  kwoodward@cmlawfirm.com
Direct Dial:  404-881-2623


*/s/ Marisa M. Beller*
Marisa M. Beller
Georgia Bar No. 845893
Email: mbeller@cmlawfirm.com
Direct Dial: 678-684-2147

*Attorneys for Defendants Cody Slay and
Fulton County*

Meridian II, Suite 2000
275 Scientific Drive
Norcross, GA 30092

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the within ***NOTICE OF FILING***

***NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT*** with the Clerk of

Court using the PeachCourt file and serve system, which will serve an electronic copy of same

upon all counsel of record, as follows:

A.A. Howell, IV
Timothy M. Tanner
Kayla H. Barnes
**COLEMAN TALLEY LLP**
109 S. Ashley Street
Valdosta, Georgia 31601
beau.howell@colemantalley.com
tim.tanner@colemantalley.com

This 21st day of April, 2022.

**Cruser, Mitchell, Novitz, Sanchez,
Gaston & Zimet, LLP**

*/s/ Karen E. Woodward*
Karen E. Woodward
Georgia Bar No. 775260

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ISABELLE MAZURKIEWICZ, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: |
| | ) | |
| vs. | ) | _____ |
| | ) | |
| FULTON COUNTY, GEORGIA | ) | |
| CODY SLAY, | ) | |
| COREY HENRY, and | ) | |
| SHERIFF PATRICK LABAT, | ) | |
| in his official capacity, | ) | **Jury Trial Demanded** |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF REMOVAL TO THE</u>
## <u>UNITED STATES DISTRICT COURT</u>

COME NOW Defendants FULTON COUNTY, GEORGIA and CODY SLAY (hereinafter "these Defendants"), with the express consent of co-defendant SHERIFF PATRICK LABAT, and without waiving any defenses based on lack of personal jurisdiction, improper process and improper service of process, hereby file this Notice of Removal pursuant to Fed. R. Civ. P. 81(c) and 28 U.S.C. §§ 1331, 1441 and 1446, respectfully showing the Court as follows:

- 1 -

## FACTUAL AND PROCEDURAL BACKGROUND

1.

Plaintiff Isabelle Mazurkiewicz filed a Civil Action against Fulton County Sheriff's Deputy Slay and Fulton County, Georgia, in the Superior Court of Clayton County, Georgia, Case No. 2021CV-02172-11.  The Superior Court of Clayton County, Georgia, is located within the Atlanta Division of the United States District Court for the Northern District of Georgia.

2.

Plaintiff filed his Complaint in the Superior Court of Clayton County on July 21, 2021, asserting a state law negligence claim against Defendant Slay and a *respondeat superior* claim against Defendant Fulton County for injuries Plaintiff allegedly sustained while she was working at the veterinary clinic VCA Pets are People Too.

3.

Defendant Fulton County, Georgia was served on July 21, 2021.

4.

Defendant Fulton County, Georgia filed its Answer contemporaneously with a Motion to Dismiss Plaintiff's Complaint on August 20, 2021.

{SECURE Firm/163/00003/DRAFTS/03511913.DOCX }

5.

Defendant Slay was served with the Summons and Complaint on or about September 9, 2021.

6.

On September 22, 2021, Defendant Cody Slay filed his Answer to Plaintiff's Complaint and Defendant Fulton County. On the same date, Plaintiff filed a Consent Motion to Dismiss Less Than All Parties dismissing Fulton County, Georgia without prejudice, which remains pending.

7.

On January 25, 2022, Plaintiff filed a Motion to Add Fulton County Sheriff Patrick Labat in his official capacity and former Fulton County Sheriff's Office Lieutenant Corey Henry in his individual and official capacities.

8.

On February 25, 2022, Clayton County Superior Court Judge Mack signed an Order Adding Sheriff Patrick Labat in his official capacity and Lieutenant Corey Henry in his individual and official capacities.

9.

On March 24, 2022, Plaintiff filed her First Amended Complaint against Defendant Slay and Defendant Henry "in their individual capacities and/or alternatively in their official capacities as present and/or former employees and

deputies for Defendant Labat", and Sheriff Labat in his official capacity, seeking to redress alleged violations of her federal rights as a result of a dog bite that occurred when Fulton County Sheriff's canine Officer Ian was boarded with Plaintiff's employer VCA Pets are People Too.

10.

Co-defendant Sheriff Labat was served with process on or about April 19, 2022.

11.

This Notice of Removal is therefore timely filed within thirty (30) days of receipt of the Amended Complaint by all served Defendants pursuant to 28 U.S.C. § 1446(b)(3).

12.

All served Defendants consent to the removal of this action based on the newly added federal law claims asserted by Plaintiff as required by 28 U.S.C. § 1446(b)(2). The consent of Defendant Labat is shown by Exhibit 1.

**BASIS FOR REMOVAL**

13.

These Defendants incorporate by reference as if fully set forth herein the preceding paragraphs 1 through 12 of Defendants' Notice of Removal.

- 4 -

14.

Venue is proper for removal to this district pursuant to 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action had been pending.

15.

As required by 28 U.S.C. § 1446(a), the entire record on file in the Clayton County Superior Court action, including copies of all process and pleadings filed as of this date, and a copy of that court's docket sheet, are attached to and filed contemporaneously with this Notice of Removal as Exhibit 2.

16.

The aforementioned lawsuit is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by defendants pursuant to the provisions of 28 U.S.C. §1441(a), because this Court has original jurisdiction in any action involving a federal question of law under the laws of the United States. Specifically, in Counts II and III, Plaintiff asserts claims for relief under 42 U.S.C. § 1983 for alleged violations of his rights under the Fourth and Fourteenth Amendments to the United States Constitution. (First Amended Complaint, ¶¶ 82, 87).

17.

Defendants have given written notice of the filing of this Notice of Removal to the Plaintiff by mailing a copy of this Notice via Certified Mail, Return Receipt Requested, Receipt No. 9171 9690 0935 0278 3239 69 to Plaintiff's counsel of record.

18.

Defendants will promptly file this Notice of Removal with the Clerk of the Superior Court of Clayton County, Georgia, as required by 28 U.S.C. § 1446(d).  A copy of this notice to the state court is attached hereto as Exhibit 3.

19.

These Defendants reserve the right to amend or supplement this Notice of Removal in accordance with the Federal Rules of Civil Procedure and other applicable law.

20.

These Defendants reserve all defenses to the underlying action.

21.

By filing this Notice of Removal, these Defendants demonstrate their consent to the removal of the case to this Court. The undersigned counsel have received consent and are authorized to state that these Defendants consent to this removal.

- 6 -

22.

The undersigned have read this Notice of Removal, and to the best of their knowledge, information and belief, formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law, and it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

**WHEREFORE**, Defendants respectfully request that this action now pending in the Superior Court of Clayton County, Georgia be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

This notice is hereby given in accordance with 28 U.S.C. § 1446 and pursuant to Rule 11, Federal Rules of Civil Procedure, of the removal of said action to this Court.

Respectfully submitted this 21st day of April, 2022.

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**


*/s/ Karen E. Woodward*
Karen E. Woodward
Georgia Bar No. 775260
Email:  kwoodward@cmlawfirm.com
Direct Dial:  404-881-2623

- 7 -

/s/ Marisa M. Beller
Marisa M. Beller
Georgia Bar No. 845893
Email: mbeller@cmlawfirm.com
Direct Dial: 678-684-2147

*Attorneys for Defendants Fulton County and Cody Slay*

Meridian II, Suite 2000
275 Scientific Drive
Norcross, GA 30092

## <u>CERTIFICATE OF COMPLIANCE WITH L.R. 7.1</u>

The undersigned attests that this document was prepared in Times New Roman, 14-point font that complies with this Court's Rules.

This 21st day of April, 2022.

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

*/s/ Karen E. Woodward*
Karen E. Woodward
Georgia Bar No. 775260

- 9 -

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I have this day I have filed the foregoing **NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT** with the Clerk of Court using the CM/ECF system.

A.A. Howell, IV
Timothy M. Tanner
Kayla H. Barnes
COLEMAN TALLEY LLP
109 S. Ashley St.
Valdosta, GA 31601
Beau.howell@colemantalley.com
Tim.tanner@colemantalley.com
Kayla.barnes@colemantalley.com
**Certified Mail No. 9171 9690 0935 0278 3239 69**
*(Attorneys for Plaintiff)*

This 21st day of April, 2022.

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

*/s/ Karen E. Woodward*
Karen E. Woodward
Georgia Bar No. 775260

{SECURE Firm/163/00003/DRAFTS/03511913.DOCX }