EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CLAYTON COUNTY, GEORGIA

**2021CV02172-11**

**DEC 31, 2021 10:44 AM**

Jacqueline D. Wills, Clerk
Clayton County, Georgia

## IN THE SUPERIOR COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

ISABELLE MAZURKIEWICZ,

    Plaintiff,

vs.

FULTON COUNTY, GA, and CODY SLAY

    Defendant.

CIVIL ACTION

Case No. 2021CV02172-11

---

### MOTION TO ADD PARTY DEFENDANTS

COMES NOW Plaintiff Isabelle Mazurkiewicz, and files this Motion to Add Party Defendants, pursuant to OCGA § 9-11-21 showing the Court as follows:

1.

Pursuant to OCGA § 9-11-21, Plaintiff intends to amend her First Amended Complaint for Damages to add the Sheriff of Fulton County, Patrick Labat, in his official capacity, as a party defendant and Corey Henry, in his individual and official capacities. According to OCGA § 9-11-21, "[p]arties may be dropped or added by order of the court on motion or any party of its own initiative at any stage of the action and on such terms as are just."  A copy of the First Amended Complaint which Plaintiff wishes to file is attached hereto as Exhibit A.

2.

OCGA § 9-11-15 allows a party to amend its pleadings "as a matter of course and without leave of the court at any time before the entry of a pretrial order."

3.

Plaintiff filed the instant Complaint for Damages against Fulton County, GA and Cody Slay on or about June 14, 2021 alleging damages resulting from an attack by a Fulton County canine officer.

4.

Upon information and belief, the parties to be added, the Sheriff of Fulton County, Patrick Labat, in his official capacity, Corey Henry, in his individual and official capacities, may be responsible for the attack of Plaintiff by Fulton County canine officer, Ian.

5.

This litigation is in the very earliest stages as discovery has not commenced.

6.

There is no prejudice in allowing the Sheriff of Fulton County, Patrick Labat, in his official capacity, or Corey Henry, on his individual and official capacities to be added as defendants. Prior to the filing of this Motion, these defendants received timely and proper notice of the claims asserted in Plaintiff's First Amended Complaint.

7.

There is no prejudice to the currently named Defendant as this case is still in its early stages.

8.

Following the filing of an order reflecting the party additions, the Sheriff of Fulton County and Corey Henry shall be served an Amended Complaint, shall submit a responsive pleading on or before thirty (30) days after service has been made.

9.

Plaintiff is authorized to state that Counsel for Defendant Slay has no objection to the relief requested in this Motion. By not objecting to this Motion, Defendant Slay nor any other Defendant waives their right to pursue any defenses available to them by law.

WHEREFORE, Plaintiff requests this Motion to Add a Party Defendant be granted, allowing Plaintiff to amend her First Amended Complaint to add the Sheriff of Fulton County,

Patrick Labat, in his official capacity, and Corey Henry in his individual and official capacities as party defendants.

**Respectfully submitted this 31st day of December, 2021.**

<br>

        **COLEMAN TALLEY LLP**

| | |
|---|---|
| 109 S. Ashley Street | */s/ A.A. Howell, IV* |
| Valdosta, Georgia 31601 | A.A. HOWELL, IV |
| T:  (229) 242-7562 | Georgia Bar No. 689955 |
| F:  (229) 333-0885 | TIMOTHY M. TANNER |
| beau.howell@colemantalley.com | Georgia Bar No. 697683 |
| tim.tanner@colemantalley.com | KAYLA H. BARNES |
| kayla.barnes@colemantalley.com | Georgia Bar No. 301948 |

## IN THE SUPERIOR COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

ISABELLE MAZURKIEWICZ,

      Plaintiff,

vs.

FULTON COUNTY, GA and CODY SLAY

      Defendants.

CIVIL ACTION

Case No. 2021CV02172-11

---

### CERTIFICATE OF SERVICE

---

I hereby certify that I have this day served a copy of the forgoing *Motion to Add Party Defendants* by mailing the same to the following:

Office of the Fulton County Attorney
Emilie Denmark
141 Pryor Street, SW
Suite 4038

This 31st day of December, 2021.

_/s/A.A. Howell, IV_
A.A. Howell, IV