THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ISABELLE MAZURKIEWICZ, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: |
| | ) | |
| vs. | ) | 1:22-cv-01556-WMR |
| | ) | |
| FULTON COUNTY, GEORGIA | ) | |
| CODY SLAY, | ) | |
| COREY HENRY, and | ) | |
| SHERIFF PATRICK LABAT, | ) | |
| in his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter appears before the Court on the Parties' Joint Motion to Stay Deadlines and Proceedings. For good cause shown, this Court GRANTS the Joint Motion to Stay Deadlines and Proceedings, and rules as follows:

(1) Discovery and other proceedings are stayed until this Court rules on Defendants Fulton County and Slay's motion to dismiss the Amended Complaint [Doc. 6] and Defendant Labat's motion to dismiss the Amended Complaint. (Doc. 13).

(2) The deadline for Defendants to file a brief in reply to Plaintiff's brief in opposition [Doc. 17] is stayed for a period of four (4) weeks. Defendants' reply brief shall be due by July 13, 2022. The Clerk is DIRECTED to

- 1 -

- 2 -

submit the motions to dismiss to this Court upon the expiration of the deadline to file a reply brief.

(3) If the case remains pending, the Parties shall hold a Rule 26(f) conference within sixteen (16) days of issuance of an order ruling on the pending dispositive motions. The Parties shall submit a Joint Preliminary Report within thirty (30) days of such ruling.

So ORDERED this 6th day of June, 2022.

*/s/ William M. Ray II*

_____
**HONORABLE WILLIAM M. RAY, II**
**UNITED STATES DISTRICT JUDGE**