THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ISABELLE MAZURKIEWICZ, ) | |
| ) | |
| Plaintiff, ) | CASE NO.: |
| ) | |
| vs. ) | 1:22-cv-01556-WMR |
| ) | |
| FULTON COUNTY, GEORGIA ) | |
| CODY SLAY, ) | |
| COREY HENRY, and ) | |
| SHERIFF PATRICK LABAT, ) | |
| in his official capacity, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SETTLEMENT**

The Parties believe that they have reached a settlement in this matter. They are in the process of drafting a release. Plaintiff expects a dismissal will be filed in the above-captioned case within the next 90 days.

Respectfully submitted this 3rd day of August, 2022.

**COLEMAN TALLEY LLP**

109 S. Ashley Street
Valdosta, Georgia 31601
T: (229) 242-7562
F: (229) 333-0885
beau.howell@colemantalley.com
tim.tanner@colemantalley.com
kayla.barnes@colemantalley.com

/s/ *A.A. Howell, IV*
A.A. HOWELL, IV
Georgia Bar No. 689955
TIMOTHY M. TANNER
Georgia Bar No. 697683
KAYLA H. BARNES
Georgia Bar No. 301948

1

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ISABELLE MAZURKIEWICZ, ) | |
| ) | |
| Plaintiff, ) | CASE NO.: |
| ) | |
| vs. ) | 1:22-cv-01556-WMR |
| ) | |
| FULTON COUNTY, GEORGIA ) | |
| CODY SLAY, ) | |
| COREY HENRY, and ) | |
| SHERIFF PATRICK LABAT, ) | |
| in his official capacity, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically served the foregoing **NOTICE OF SETTLEMENT** using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record in this case.

This 3rd day of August, 2022.

COLEMAN TALLEY LLP

/s/ A.A. Howell, IV
A.A. HOWELL, IV
Georgia Bar No. 689955

4895-4207-4669, v. 1